AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>Kayvan Karya Rasolkhani<br><br>*Defendant(s)* | )<br>)<br>) Case No.  25-MJ-610-CMS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __07/26/24 through 10/15/25,__ in the county of __Cleveland County__ in the __Western__ District of __Oklahoma__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of and Accessing with Intent to View Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent David Garrison, of the Federal Bureau of Investigation, which is incorporated and made a part of hereof by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Garrison, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 16, 2025

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma

Chris M. Stephens, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Garrison, Special Agent with the Federal Bureau of Investigation (FBI), Oklahoma City, Oklahoma, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since June of 2005 and have been assigned to the Oklahoma City FBI Field Office since January of 2013. During that time, I have conducted a wide variety of investigations, including cases involving child pornography and sexual exploitation of children.

2. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. As this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. The facts of this affidavit will show that there is probable to cause believe that between July 26, 2024, and October 15, 2025, **KAYVAN KARYA RASOLKHANI (RASOLKHANI)** (a/k/a KAYVAN RASOL), with date of birth 08/XX/1979, committed violations of 18 U.S.C. § 2252A(a)(5)(B) (Possession of and Access with Intent to View Child Pornography).

## PROBABLE CAUSE

4. This case originated on July 26, 2024, when FBI Online Covert Employee (OCE) 6862 posted the following on the website Doublelist[1]: "Finding myself more and more interested in watching others spend time with and enjoy my 'littles.' Open-minded with no limits." Between July 26 and July 30, 2024, an individual utilizing the username "johnny_sin" responded, "Your

---

[1] Doublelist is an online website based in San Francisco, California. Its home page states that it is where people can "[c]onnect with straight, gay, bi and curios!" Its mission statement reads, "[t]o be a SAFE community where you can learn, explore and enhance your sexual side."

littles? What is that". After the OCE explained, "9 yr old step-daughter and/or 11 yr old niece", "johnny_sin" replied, "Well count me in! Can they take it? A big cock in their tight holes? Does the cum drip? Do they stop because the girls are crying or only stop when they cum.."

5. Between August 8 and August 12, 2024, "johnny_sin" and the OCE engaged in a chat conversation on Doublelist during which "johnny_sin" asked the OCE if, when the girls met with other "guys" (to engage in sexual activities), did the other guys "make personal videos of the event or take pics of them taking that cum candy?" The Doublelist user "johnny_sin" also identified himself as "Kevin", from the south side of Oklahoma City, and sent a picture of an adult male (which he claimed to be him) lying on a flat surface[2] on his back with an erect penis, wearing blue, plaid boxer shorts. He stated the erect penis he was holding would be what he used to "fuck them both with."

6. Between August 13 and August 14, 2024, "johnny_sin" asked the OCE how often the OCE has access to the girls and added, "Still can't wait for a little mouth to latch on to my thick cock and nurse it like a pacifier!" During this exchange, he also sent the OCE a message on the Kik[3] application, with the username, "tommymiller427". The OCE checked on Kik and saw the following message from "tommymiller427" sent on July 30, 2024: "Howdy from doublelist".

7. On August 23, 2024, "tommymiller427" sent the OCE a message on Kik stating, "Dude I keep thinking about it..getting my dick sucked..their little hands grabbing my cock and their mouths taking my big mushroom tip in their mouth..I wanna see their mouths full of my cock". On October 5, 2024, "tommymiller427" sent the OCE a message on Kik, "I keep thinking

---

[2] The room where "Kevin" was laying appeared to be from within a residential dwelling.

[3] The Kik messaging application is an online messaging app based out of Waterloo, Canada. The Kik website states: "Kik is an iOS and Android app that lets you connect with friends and groups from all around the world through messaging, chatting and live streaming.

of them sucking my cock..their little mouths putting it over my big mushroom tip..sucking and licking it like a big ole lolli pop. Their small hands trying to hold it the best they can". On October 7, 2024, "tommymiller427" added, "you stick your dick in her mouth to start and I'll take over?"

8.      On November 7, 2024, "tommymiller427" sent the OCE a message on Kik, "Over the weekend I pulled some chick from Reddit..she gave me a bj at work..it was amazing and I recorded it lol.." On November 13, 2024, "tommymiller427" sent the OCE a 30-second video of a female performing oral sex on a male with an erect penis. There is a counter in the background of the video containing computers and other "work" related items. Additionally, behind the counter are shelves with numerous bottles containing different colored liquids. On the counter, in front of the shelves, lays a purple-colored bag, consistent with the appearance of a purple "Crown Royal" bag[4]. The shorts or underpants worn by the male in the video look similar to the blue boxer shorts worn by Doublelist user "johnny_sin" in the image sent to the OCE using Doublelist between August 8 and August 12, 2024. The message sent by "tommymiller427" in connection with the video read, "from snap[5] I met her..I'll let you guess her age..lol". After the OCE indicated not knowing the age, "tommymiller427" replied, "16."

9. On August 15, 2024, in response to legal process to Kik for IP address information related to user "tommymiller427" for July 30, 2024, Kik replied with the IP address 106.203.181.66, which resolves to a business[6], "University Liquor,[7]" located in Norman,

---

[4] "Crown Royal" is a brand of blended Canadian whiskey.

[5] Based on my training and experience and the conversation's context, I believe "snap" refers to Snapchat.

[6] In a previous affidavit, prepared for a warrant to search the **RASOLKHANI**'s Snap, Inc. account (24-MJ-845-STE), I incorrectly identified this IP address, described in paragraph 12, as belonging to a "residence" instead of a business.

[7] Sometime around 2007, the **RASOLKHANI** became the sole owner of University Liquor.

3

Oklahoma, within the Western District of Oklahoma. On August 25, 2024, AT&T provided subscriber information for the referenced IP address as "Kayvan Rasol" with an email address of "kayvanrasol@gmail.com" and a phone number of 405-974-0987. On November 14, 2024, AT&T showed **RASOLKHANI**'s brother (KOOROSH CYRUS RASOLKHANI), as the registered subscriber for this phone number. On August 28, 2024, in response to legal process for subscriber information for the username, "johnny_sin", Doublelist replied with a verified user phone number[8] of 405-990-4845. In response to legal process, AT&T provided information showing this phone number registered to **RASOLKHANI**'s brother, KOOROSH CYRUS RASOLKHANI.

10. Based on the information provided by **RASOLKHANI** and Kik, I believe **RASOLKHANI** engaged in oral sexual intercourse with a female, who he claimed to be a minor, at his place of employment located in the Western District of Oklahoma, in early November of 2024 and made a video recording of the activity, which he then shared with the OCE. Based on the video and subsequent legal process, FBI has been unable to confirm the age of the female depicted in the video or otherwise identify her.

11. In early December of 2024, **RASOLKHANI**, utilizing the username, "Kinky McCock" (KM), began chatting with the OCE on the Telegram[9] messaging application. I believe the users "johnny_sin" (from Doublelist), "Tommy Miller" (from Kik), and "Kinky McCock"

---

[8] On the Doublelist FAQ page, in response to a question regarding the verification of phone numbers, the response states, "We may occasionally ask you to verify your account with a phone number. We only allow real cellular number and landlines to be used for phone verifications. Please allow up to 5 minutes for the code to arrive."

[9] Telegram is a messaging application headquartered operationally in Dubai, United Arab Emirates. Its website further describes the service as "a messaging app with a focus on speed and security, it's super-fast, simple and free...With Telegram, you can send messages, photos, videos and files of any type (doc, zip, mp3, etc).

(from Telegram) are **RASOLKHANI**, based on **RASOLKHANI** identifying himself as "Kevin" (his actual first given name is "KAYVAN"). Additionally, the IP address utilized by **RASOLKHANI** when chatting with the OCE on Kik on July 30, 2024, resolved to the University Liquor store located in Norman, Oklahoma, in **RASOLKHANI**'s name. This is a business that, according to public record, is owned by **RASOLKHANI**. When **RASOLKHANI** sent a video of a female giving him oral sex, he identified the setting as his "work". The background of the room where the video was shot is consistent with the décor observed in the online photos of the University Liquor store. Additionally, there is no indication that **RASOLKHANI**'s father, FREIDOON RASOLKHANI, or **RASOLKHANI**'s brother, KOOROSH RASOLKHANI, presently or in the past, have worked at the University Liquor store. KOOROSH RASOLKHANI has a documented history of work as a registered nurse. Further, after the OCE previously providing **RASOLKHANI** with the OCE's Kik username, **RASOLKHANI**, utilizing the username "johnny_sin", sent a chat to the OCE on August 13, 2024, stating, "btw I send you a message on kik". Subsequently, the OCE checked his Kik account and saw a Kik chat from "Tommy Miller" stating, "Howdy From Doublist". After chatting on Kik for a few months, **RASOLKHANI** expressed frustration with Kik and sought a different platform to communicate with the OCE. The OCE suggested Telegram. After providing the OCE's Telegram information, **RASOLKHANI** sent the OCE a chat on Kik on December 6, 2024, "Sent a message bud". On the same day, the OCE checked his Telegram account and saw a message from **RASOLKHANI**, utilizing the username "Kinky McCock", stating, "sup man..From Kik". The conversation on Telegram included topics previously discussed by **RASOLKHANI** on Doublelist and Kik, such as the girls the OCE was offering to make available and the girl that **RASOLKHANI** claimed was a 16-year-old who he recorded engaging in oral sexual intercourse.

5

12. The following is a partial record of the chat dialogue between "Kinky McCock" and the OCE between December 9 and 10, 2024:

KM: How them little cumsluts[10] doing?

...

OCE: The girls are doing good

KM: Think they need some nutt nog..and good ole yule time fucking lol

OCE: Couldn't agree more bud

...

KM: ..and you said Fri or sat night work best?

...

OCE: Yea, Fridays work best but could probably make Saturdays work too

KM: After 10 pm ok? Or too late

...

OCE: I can probably make any day work/night work

...

KM: So many things lol so little time...but filling them both with cum is a must

OCE: And I sooo will enjoy watching that

...

KM: It's gonna be hard not to wanna record it

...

OCE: You can do that if you want, record it. I don't care

---

[10] Based on the totality of the chat conversations between the **RASOLKHANI** and the OCE, he is referring to the two minor females the OCE has been offering to make available to him.

...

KM: Fuck yeh I want too. If all goes well make it a regular thing

13. Beginning in early January of 2025, **RASOLKHANI** chatted about meeting up with the OCE prior to meeting with the girls. The following chat exchange took place between January 15 and 16, 2025:

KM: Thoughts on my suggestion bout meeting up so we are both cool with each other before we do it? Beer or something

OCE: Appreciate the thought man, but honestly, I've gotten to know you pretty good through these chats. I'm cool with you. The girls and I are ready

KM: I know man..I just was wanting to do it for my peace of mind..safe than sorry was why..Fantasy is great..but 10 to 15 years because we both made a mistake..bad..bad bad bad

KM: Just would feel more comfortable..if u and me met up first..they don't have to be there.

OCE: I hear you, I already trust you, but it sounds like you don't me. No worries, maybe this isn't a good idea. This isn't for everyone.

14. Following this last chat by the OCE, no chats occurred until **RASOLKHANI** sent the following on January 31, 2025:

KM: You free?

15. The following chat exchange, between **RASOLKHANI** and the OCE, took place on February 3, 2025:

OCE: Hey Kevin[11], what's up?

---

[11] **RASOLKHANI** identified himself to the OCE early in their chats as "Kevin".

7

KM: Nadda I was in the area

KM: Wanted to meet but I guess you weren't available

16. Based on the nature of the chats between **RASOLKHANI** and the OCE, there is probable cause to believe **RASOLKHANI** had a sexual interest in the minor females the OCE was offering to make available. Over the next couple of months, **RASOLKHANI** continued to reach out to the OCE and suggested meeting up, both with and without the minor females. He also described pornographic videos, including child pornographic videos, he had watched using a "tor browser" in order to access the "black web". Between July 14 and 15, 2025, the following chat took place between **RASOLKHANI** and the OCE, during which **RASOLKHANI** described the following videos:

KM: I saw a video that just made me solid hard bro

KM: She was bout 9 tag teamed both ends..all all you could here was alittle cry here n there and a gargle bc they were fucking her pretty little mouth[12]

KM: Another one was 14 yr old she was sexy bitch..but they were all in her room one after another creampie..the last kid started to poke at snatch..it as bad ass and when he put his in it gushed..what a cum slut

...

OCE: Damn man, those vids sound hot! I've been looking for some like that, no luck

KM: You got tor browser?

...

OCE: I don't think I have a tor browser, not really sure what that is

---

[12] Based on my training and experience and the context of this conversation, I believe "tag teamed both ends" refers to multiple individuals engaging in some sort of sexual activity with the minor.

8

...

KM: You have an Apple phone? (**RASOLKHANI** then sent a partial screenshot of a phone page showing four application badges, one of which was titled "TorWeb")

OCE: I do have an iPhone, but not familiar with the torweb app

KM: Download it and I'll tell you how to do it

KM: It's basically a browser for the black web u need it to surf

17.     On July 17, 2025, the chat conversation between **RASOLKHANI** and the OCE continued:

KM: If you down load that browser I can Guide u…

OCE: I have kind of an older iPhone. Is that going to be a problem with the browser?

...

KM: Mines an iPhone 12

KM: Your?

KM: It's available on desktop too

OCE: iPhone 11

OCE: Thanks man. I've been looking for some vids like you described for awhile with no luck

KM: Or worse case scenario meet up and look at my phone lol

18.     Between July 21 and 23, 2025, **RASOLKHANI** described a website he had accessed during the following chat with the OCE:

KM: Abyssee has some good shit

KM: All them dirty young sluts filled with cocks :)

...

9

OCE: What's Abyssee?

KM: A site on the web that you will like

OCE: I tried looking it up but only found links to swimwear

KM: You have to be on the black web with tor browser

…

KM: Yes that onion thingy I showed u

…

KM: or any tor browser

19.  On August 15, 2025, **RASOLKHANI** described additional videos he had seen during the following chat with the OCE:

KM: I saw this one last night that was hot as fuck

KM: She was about 10 her dad tied her hands behind her back threw on the bed and was just pounding it left n right

KM: Him and and a friend

KM: You could see her pussy stretching on each thrust

KM: She was crying but it was hot as fuck

OCE: Damn man, I'm losin it

KM: At the end they untie her hands and she gets up sniffling and the guy just fingers her and all this cum pours out

…

OCE: Same site you found the others?

KM: Yeh

KM: Another one wss this gang member dude pounding like a baby

KM: It was odd

KM: Fucked her in the ass

KM: When he finished his dick went limp

KM: And as he pulled out Al this thick nut came with it

…

KM: Best one I saw so far on this side bc they rotate free shit

KM: Dad was takin a shower and he was washing his daughter..well you know babies like to suck on things lol and she was a baby

OCE: Wow, so all these were free?

KM: Yeh but it changes daily

KM: 3-4 videos each day…

OCE: Was wondering, when you find these videos, is there a way to save em or keep them?

KM: I could..I just don't want it on my phone

KM: Like u I don't want it on me..took or bust a nut then delete

20.     Based on the nature of the chats between **RASOLKHANI** and the OCE, there is probable cause to believe **RASOLKHANI** was utilizing a digital device, specifically an iPhone, to access websites containing child pornographic videos with an intent to view.[13]

21.     On October 15, 2025, the Oklahoma City Field Office of the FBI executed search warrants on **RASOLKHANI**'s person, a vehicle he was operating, the University Liquor store, and his residence. During the course of the searches, an iPhone 11 in **RASOLKHANI**'s possession was seized. With the assistance of Oklahoma City Field Office Computer Analysis Response Team members, I conducted a live preview of the cell phone. Still images from the video

---

[13] To my knowledge, iPhones are not manufactured within the state of Oklahoma.

11

RASOLKHANI sent the OCE on Kik in November of 2024, depicting an alleged 16-year-old female engaging in oral sex with RASOLKHANI, were found.

22. Additionally, two videos were observed in the "Hidden" folder of the Photos section of the iPhone. One video depicted what appeared to be a prepubescent female, visible from about her shoulders on up, lying on her back, facing up towards the camera, with no clothes visible, performing oral sex on an erect penis. The second video depicted a number of chats, which, visible among the utilized usernames, was "Kinky McCock", RASOLKHANI's username from Telegram. In addition to the captured chats, the second video depicted a number of individual video thumbnails, some of which were accessed and briefly played. A number of those videos, which played in quick succession, appeared to depict child pornography. For example, one video depicted an individual of indeterminate age holding a penis in his or her hand, while a child, who appears to be nude from the waist down, poses with the child's legs spread apart. The penis being held in the individual's hand is positioned between the child's legs (but is not touching or penetrating the child).

23. At the time RASOLKHANI was detained, and as the search of his person was being executed, he was observed to be wearing boxers that matched the boxer shorts in the selfie he sent the OCE on Doublelist and the oral sex video with the alleged 16-year-old female sent by RASOLKHANI to the OCE on Kik.

## CONCLUSION

24. Based on the above information, there is probable cause to believe that KAYVAN KARYA RASOLKHANI violated 18 U.S.C. § 2252A(a)(5)(B) (Possession of and Access with Intent to View Child Pornography).

David Garrison
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this __16th__ day of October, 2025.

CHRIS M. STEPHENS
United States Magistrate Judge