# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.:_____   Case No.: MJ-25-610-CMS_____ __ _____

Charging Document: **Complaint**_____   No. of Defendants: __1__   Total No. of Counts: __1__   Sealed: Y ☐

Forfeiture: Y ☐      HSTF: Y ☐   McGirt: Y ☐      Warrant ☑   Summons ☐   Notice ☐   N ☑
N ☑                    N ☑              N ☑              Companion Case No. (if any):_____

## DEFENDANT INFORMATION:
By: **NA**

| Name: **Kayvan Karya Rasolkhani** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1979 | SSN: | Race: White | Interpreter: Y ☐   N ☑ |
| Sex:   M ☑   F ☐ | Juvenile:  Y ☑   N ☐ | Language/Dialect: English | |

## DEFENDANT STATUS/RECOMMENDATION:

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody        ☑ Detention Requested

☐ Type of Bond:_____

☑ In Custody at: Cleveland County Jail

Inmate/Prisoner/Register No.:_____

| Complaint:     Y ☐      N ☑ |
|---|
| Magistrate Judge Case No.: MJ- |
| Previously Detained:   Y ☐      N ☑ |

## ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name:_____   AUSA: Jordan Ganz_____
☐ CJA Panel         Address:_____   Agent /Agency:_____
☐ Retained          Phone:_____   Agent Contact Info:_____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of and Accessing with Intent to View Child Pornography | NMT 20 years' imprisonment, $250.000 fine, or both; NLT 5 years' and up to life S/R; $22,100 SA |

**Signature of AUSA:** s/ Jordan Ganz_____   **Date:** 10/15/2025_____