AO 442 (Rev. 11/11) Arrest Warrant

11876023
26064-1016-6071-J

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

| United States of America | ) |
| --- | --- |
| v. | ) |
| Kayvan Karya Rasolkhani | ) Case No. M-25-610-CMS |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**RECEIVED**
OCT 1 6 2025
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kayvan Karya Rasolkhani
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of and Accessing with Intent to View Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

Date: 10/16/2025

*Chris M. Stephens*
*Issuing officer's signature*

City and state: Oklahoma City, Oklahoma

Chris M. Stephens, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| --- |
| at *(city and state)* _____ . |

Date: _____

ARRESTED ON: 10/16/2025
WITHIN THE W DISTRICT OF OK
BY: FBI

*Arresting officer's signature*

*Printed name and title*